**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Maylin Rodriguez                                     CHAPTER 13
                        Debtor(s)

                                                            BKY. NO. 24-10346 AMC

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

   Kindly enter my appearance on behalf of Planet Home Lending, LLC and index same on the master mailing list.

                                            Respectfully submitted,

                                            /s/ **Mark A. Cronin**
                                            Mark Cronin
                                            14 Feb 2024, 15:33:55, EST

                                            KML Law Group, P.C.
                                            701 Market Street, Suite 5000
                                            Philadelphia, PA 19106-1532
                                            (215) 627-1322