**ST CHRISTOPHER'S HOSPITAL**
PO Box 16052
Reading, PA 19612-6052 United States of America

Number 2776106
Check Date 12/08/2023

VOID VOID VOID VOID VOID VOID VOID VOID

Pay to the order of

MAYLIN R. RODRIGUEZ
1544 E LYCOMING ST
PHILADELPHIA, PA 19124
US

Net Pay 1531.73

NON-NEGOTIABLE

| Name | Social Number | Employee Number | Process Level | Department | Period End |
|---|---|---|---|---|---|
| MAYLIN R. RODRIGUEZ | | | 12 | 1236 | 12/02/2023 |

## Summary

| Description | Hours | Current | Year to Date |
|---|---|---|---|
| Total Gross | 87.25 | 2224.86 | 14571.18 |
| Total Deductions | | 692.71 | 4370.27 |
| Total Net | | 1531.73 | 10198.81 |

## Earnings

| Description | Hours | Rate | Current | Year to Date |
|---|---|---|---|---|
| ETO Unscheduled | | | | 126.92 |
| Earned Time Off | 8.00 | 26.72 | 213.76 | 427.52 |
| Funeral | | | | 213.76 |
| Group Term Life | | 0.42 | 0.42 | 2.10 |
| Holiday | 8.00 | 26.72 | 213.76 | 427.52 |
| Overtime | | | | 501.00 |
| Regular | 67.25 | 26.72 | 1796.92 | 12872.36 |
| Unpaid Time Off | 4.00 | | | |
| Total | 87.25 | | 2224.86 | 14571.18 |

## Taxes

| Description | Current | Year to Date |
|---|---|---|
| Federal Tax Withholding | 173.14 | 1137.03 |
| Medicare Tax EE | 31.61 | 206.68 |
| PA Tax Withholding | 66.90 | 437.52 |
| PA Unemployment Tax | 1.56 | 10.20 |
| PHILADELPHIA CITY EIT | 83.42 | 546.34 |
| Social Security EE | 135.12 | 883.71 |

### Pretax Deductions

|  | Total | 491.75 | 3221.48 |
|---|---|---|---|
| Description |  | Current | Year to Date |
| 403BNew |  | 133.47 | 676.36 |
| CBC Select EE |  | 27.23 | 190.61 |
| Dental Insurance - Optional |  | 15.11 | 105.77 |
| Vision Premium |  | 3.05 | 21.35 |
|  | Total | 178.86 | 994.09 |

### Aftertax Deductions

| Description |  | Current | Year to Date |
|---|---|---|---|
| Short Term Disability |  | 17.57 | 122.99 |
| Voluntary Life Employee |  | 4.53 | 31.71 |
|  | Total | 22.10 | 154.70 |

### Company Deductions

| Description |  | Current | Year to Date |
|---|---|---|---|
| 403B ER Match |  | 77.86 | 394.55 |
| CBC Select ER |  | 398.02 | 2786.14 |
|  | Total | 475.88 | 3180.69 |

### Auto Deposit Distributions

| Routing | Account | Description | Amount |
|---|---|---|---|
| xxxxx0053 | xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx8855 | Checking | 1531.73 |

**ST CHRISTOPHER'S HOSPITAL**
PO Box 16052
Reading, PA 19612-6052 United States of America

Number 2787928
Check Date 12/22/2023

VOID VOID VOID VOID VOID VOID VOID VOID

Pay to the order of

MAYLIN R. RODRIGUEZ
1544 E LYCOMING ST
PHILADELPHIA, PA 19124
US

Net Pay 1819.45

NON-NEGOTIABLE

| Name | Social Number | Employee Number | Process Level | Department | Period End |
|---|---|---|---|---|---|
| MAYLIN R. RODRIGUEZ | | | 12 | 1236 | 12/16/2023 |

## Summary

| Description | Hours | Current | Year to Date |
|---|---|---|---|
| Total Gross | 93.50 | 2679.10 | 17250.28 |
| Total Deductions | | 859.23 | 5229.50 |
| Total Net | | 1819.45 | 12018.28 |

## Earnings

| Description | Hours | Rate | Current | Year to Date |
|---|---|---|---|---|
| ETO Unscheduled | | | | 126.92 |
| Earned Time Off | | | | 427.52 |
| Funeral | | | | 213.76 |
| Group Term Life | | 0.42 | 0.42 | 2.52 |
| Holiday | | | | 427.52 |
| Overtime | 13.50 | 26.72 | 541.08 | 1042.08 |
| Regular | 80.00 | 26.72 | 2137.60 | 15009.96 |
| Unpaid Time Off | | | | |
| Total | 93.50 | | 2679.10 | 17250.28 |

## Taxes

| Description | Current | Year to Date |
|---|---|---|
| Federal Tax Withholding | 246.38 | 1383.41 |
| Medicare Tax EE | 38.18 | 244.86 |
| PA Tax Withholding | 80.84 | 518.36 |
| PA Unemployment Tax | 1.88 | 12.08 |
| PHILADELPHIA CITY EIT | 100.45 | 646.79 |
| Social Security EE | 163.29 | 1047.00 |

|  | Total | 631.02 | 3852.50 |
|---|---|---|---|

## Pretax Deductions

| Description | Current | Year to Date |
|---|---|---|
| 403BNew | 160.72 | 837.08 |
| CBC Select EE | 27.23 | 217.84 |
| Dental Insurance - Optional | 15.11 | 120.88 |
| Vision Premium | 3.05 | 24.40 |
| Total | 206.11 | 1200.20 |

## Aftertax Deductions

| Description | Current | Year to Date |
|---|---|---|
| Short Term Disability | 17.57 | 140.56 |
| Voluntary Life Employee | 4.53 | 36.24 |
| Total | 22.10 | 176.80 |

## Company Deductions

| Description | Current | Year to Date |
|---|---|---|
| 403B ER Match | 93.75 | 488.30 |
| CBC Select ER | 398.02 | 3184.16 |
| Total | 491.77 | 3672.46 |

## Auto Deposit Distributions

| Routing | Account | Description | Amount |
|---|---|---|---|
| xxxxx0053 | xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx8855 | Checking | 1819.45 |

ST CHRISTOPHER'S HOSPITAL
PO Box 16052
Reading, PA 19612-6052 United States of America

Number 2799601
Check Date 01/05/2024

VOID VOID VOID VOID VOID VOID VOID VOID

Pay to the order of

MAYLIN R. RODRIGUEZ
1544 E LYCOMING ST
PHILADELPHIA, PA 19124
US

Net Pay 1664.23

NON-NEGOTIABLE

| Name | Social Number | Employee Number | Process Level | Department | Period End |
|---|---|---|---|---|---|
| MAYLIN R. RODRIGUEZ | | | 12 | 1236 | 12/30/2023 |

## Summary

| Description | Hours | Current | Year to Date |
|---|---|---|---|
| Total Gross | 91.25 | 2438.62 | 2438.62 |
| Total Deductions | | 773.97 | 773.97 |
| Total Net | | 1664.23 | 1664.23 |

## Earnings

| Description | Hours | Rate | Current | Year to Date |
|---|---|---|---|---|
| Earned Time Off | 6.00 | 26.72 | 160.32 | 160.32 |
| Group Term Life | | 0.42 | 0.42 | 0.42 |
| Holiday | 8.00 | 26.72 | 213.76 | 213.76 |
| Regular | 77.25 | 26.72 | 2064.12 | 2064.12 |
| Total | 91.25 | | 2438.62 | 2438.62 |

## Taxes

| Description | Current | Year to Date |
|---|---|---|
| Federal Tax Withholding | 190.66 | 190.66 |
| Medicare Tax EE | 34.38 | 34.38 |
| PA Tax Withholding | 72.78 | 72.78 |
| PA Unemployment Tax | 1.71 | 1.71 |
| PHILADELPHIA CITY EIT | 91.43 | 91.43 |
| Social Security EE | 147.00 | 147.00 |
| Total | 537.96 | 537.96 |

## Pretax Deductions

| Description | Current | Year to Date |
|---|---|---|
| 403BNew | 146.29 | 146.29 |

| Description | Current | Year to Date |
|---|---|---|
| CBC Select EE | 49.76 | 49.76 |
| Dental Insurance - Optional | 14.81 | 14.81 |
| Vision Premium | 3.05 | 3.05 |
| Total | 213.91 | 213.91 |

### Aftertax Deductions

| Description | Current | Year to Date |
|---|---|---|
| Short Term Disability | 17.57 | 17.57 |
| Voluntary Life Employee | 4.53 | 4.53 |
| Total | 22.10 | 22.10 |

### Company Deductions

| Description | Current | Year to Date |
|---|---|---|
| 403B ER Match | 85.34 | 85.34 |
| CBC Select ER | 480.74 | 480.74 |
| Total | 566.08 | 566.08 |

### Auto Deposit Distributions

| Routing | Account | Description | Amount |
|---|---|---|---|
| xxxxx0053 | xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx8855 | Checking | 1664.23 |

**ST CHRISTOPHER'S HOSPITAL**
PO Box 16052
Reading, PA 19612-6052 United States of America

Number: 2811178
Check Date: 01/19/2024

VOID VOID VOID VOID VOID VOID VOID VOID

Pay to the order of

**MAYLIN R. RODRIGUEZ**
1544 E LYCOMING ST
PHILADELPHIA, PA 19124
US

Net Pay 1645.97

NON-NEGOTIABLE

| Name | Social Number | Employee Number | Process Level | Department | Period End |
|---|---|---|---|---|---|
| MAYLIN R. RODRIGUEZ | | | 12 | 1236 | 01/13/2024 |

## Summary

| Description | Hours | Current | Year to Date |
|---|---|---|---|
| Total Gross | 90.25 | 2412.12 | 4850.74 |
| Total Deductions | | 765.51 | 1539.48 |
| Total Net | | 1645.97 | 3310.20 |

## Earnings

| Description | Hours | Rate | Current | Year to Date |
|---|---|---|---|---|
| ETO Unscheduled | 16.00 | 26.72 | 427.52 | 427.52 |
| Earned Time Off | | | | 160.32 |
| Group Term Life | | 0.64 | 0.64 | 1.06 |
| Holiday | 8.00 | 26.72 | 213.76 | 427.52 |
| Regular | 66.25 | 26.72 | 1770.20 | 3834.32 |
| Total | 90.25 | | 2412.12 | 4850.74 |

## Taxes

| Description | Current | Year to Date |
|---|---|---|
| Federal Tax Withholding | 187.67 | 378.33 |
| Medicare Tax EE | 33.99 | 68.37 |
| PA Tax Withholding | 71.96 | 144.74 |
| PA Unemployment Tax | 1.69 | 3.40 |
| PHILADELPHIA CITY EIT | 90.43 | 181.86 |
| Social Security EE | 145.36 | 292.36 |
| Total | 531.10 | 1069.06 |

## Pretax Deductions

| Description | Current | Year to Date |
|---|---|---|

fsp.trhmc.org/lawson/xhmcl/ul/windowplain.htm                                                  1/2

| Description | Current | Year to Date |
|---|---|---|
| 403BNew | 144.69 | 290.98 |
| CBC Select EE | 49.76 | 99.52 |
| Dental Insurance - Optional | 14.81 | 29.62 |
| Vision Premium | 3.05 | 6.10 |
| Total | 212.31 | 426.22 |

**Aftertax Deductions**

| Description | Current | Year to Date |
|---|---|---|
| Short Term Disability | 17.57 | 35.14 |
| Voluntary Life Employee | 4.53 | 9.06 |
| Total | 22.10 | 44.20 |

**Company Deductions**

| Description | Current | Year to Date |
|---|---|---|
| 403B ER Match | 84.40 | 169.74 |
| CBC Select ER | 480.74 | 961.48 |
| Total | 565.14 | 1131.22 |

**Auto Deposit Distributions**

| Routing | Account | Description | Amount |
|---|---|---|---|
| xxxxx0053 | xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx8855 | Checking | 1645.97 |