UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>    Maylin Rodriguez<br><br><br>    Debtor | Chapter 13<br>Bankruptcy No.24-10346-AMC |

## CERTIFICATE OF SERVICE

I, Kristen Gliem, do hereby certify that a true and correct copy of the foregoing *Objection of Chapter 13 Trustee to Confirmation of the plan of Debtor* filed in the above-referenced case has been served this 24th day of July, 2024, by first class mail upon those listed below:

Maylin Rodriguez
1544 E. Lycoming Street
Philadelphia, PA  19124

**Electronically via CM/ECF System Only:**

MICHELE PEREZ CAPILATO ESQ
500 OFFICE CENTER DRIVE, STE 400
FORT WASHINGTON, PA  19034-3234

*/s/ Kristen Gliem*
Kristen Gliem
for
Scott F. Waterman, Esquire
Standing Chapter 13 Trustee