United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                      Case No. 24-10346-amc

Maylin Rodriguez                                                                Chapter 13

      Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                      User: admin                      Page 1 of 2

Date Rcvd: Aug 22, 2024             Form ID: 155               Total Noticed: 28

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 24, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Maylin Rodriguez, 1544 E. Lycoming Street, Philadelphia, PA 19124-5368 |
| 14852073 | | Absolute Resolutions, Attn: Bankruptcy8000 Norman Center Dr #3, Bloomington, MN 55437 |
| 14852074 | | American Honda Finance, Attn: BankruptcyPo Box 168088, Irving, TX 75016 |
| 14852076 | | Capital One, Attn: BankruptcyPo Box 30285, Salt Lake City, UT 84130 |
| 14852077 | | Credit One Bank, Attn: Bankruptcy Department6801 Cimarron, Las Vegas, NV 89113 |
| 14852078 | | Discover Financial, Attn: BankruptcyPo Box 3025, New Albany, OH 43054 |
| 14852079 | | Fccb Fka Hvb, 2617 Huntingdon Valley Pike, Huntingdon Valley, PA 19006 |
| 14852080 | | Goldman Sachs Bank USA, Attn: BankruptcyPo Box 70379, Philadelphia, PA 19176 |
| 14852084 | | Lincoln Automotive Fin, Attn: BankrutcyPo Box 54200, Omaha, NE 68154 |
| 14852085 | | Midland Credit Management350 Camino De La Reina, Suite 100, San Diego, CA 92108 |
| 14852086 | | Midland Credit MgmtAttn: BankruptcyPo Box 939069, San Diego, CA 92193 |
| 14855820 | + | PLANET HOME LENDING, LLC, c/o MARK A. CRONIN, KML Law Group, P.C., 701 Market Street, Ste 5000 Philadelphia, PA 19106-1541 |
| 14852088 | # | Valerie J. Bossard, MD, 9815 Roosevelt Blvd, Suite C, Philadelphia, PA 19114-1035 |
| 14852089 | | Wells Fargo/Furniture Marketing Group, Attn: BankruptcyPo Box 10438 Mac F8235-0, Des Moines, IA 50306 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14855473 | | Email/Text: Bankruptcy@absoluteresolutions.com | Aug 23 2024 00:36:00 | Absolute Resolutions Investments, LLC, c/o Absolute Resolutions Corporation, 8000 Norman Center Drive, Suite 350, Bloomington, MN 55437 |
| 14852836 | | Email/Text: ebnbankruptcy@ahm.honda.com | Aug 23 2024 00:37:00 | American Honda Finance Corporation, National Bankruptcy Center, P.O. Box 168088, Irving, TX 75016-8088 |
| 14852075 | + | Email/Text: ashley.gjorgjeski@arconcredit.com | Aug 23 2024 00:36:00 | Arcon Credit Solutions LLC, 8425 Seasons Parkway, Suite 106, Saint Paul, MN 55125-3377 |
| 14872024 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 23 2024 00:48:29 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14882823 | | Email/Text: megan.harper@phila.gov | Aug 23 2024 00:37:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14855797 | + | Email/PDF: ebn_ais@aisinfo.com | Aug 23 2024 00:48:25 | Capital One, N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14853686 | | Email/Text: mrdiscen@discover.com | Aug 23 2024 00:36:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14852081 | ^ | MEBN | Aug 23 2024 00:35:23 | Hayt, Hayt & Landau, LLC, Bryan J. Polas, Esq., |

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Aug 22, 2024 | Form ID: 155 | Total Noticed: 28 |

| | | | | |
|---|---|---|---|---|
| | | | | Two Industrial Way West, POB 500, Eatontown, NJ 07724-0500 |
| 14852082 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Aug 23 2024 00:37:00 | Jefferson Capital Systems, LLC, 200 14th Avenue E, Dept C, Sartell, MN 56377-4500 |
| 14852083 | | Email/Text: govtaudits@labcorp.com | Aug 23 2024 00:36:00 | LabCorpLaboratory Corporation of America Holdin, POB 2240, Burlington, NC 27216-2240 |
| 14864392 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 23 2024 00:37:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 14852087 | + | Email/Text: BKMAIL@planethomelending.com | Aug 23 2024 00:36:00 | Planet Home Lending, LLC, 321 Research ParkwaySuite 303, Meriden, CT 06450-8342 |
| 14870663 | + | Email/Text: BKMAIL@planethomelending.com | Aug 23 2024 00:36:00 | Planet Home Lending, LLC, 321 Research Pkwy #303, Meriden, CT 06450-8342 |
| 14852090 | + | Email/Text: BKRMailOps@weltman.com | Aug 23 2024 00:37:00 | Weltman, Weinberg & Reis Co., LPA, 965 Keynote Circle, Independence, OH 44131-1829 |

TOTAL: 14

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14864393 | *+ | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 24, 2024    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 22, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DENISE ELIZABETH CARLON | on behalf of Creditor PLANET HOME LENDING  LLC bkgroup@kmllawgroup.com |
| MICHELE PEREZ CAPILATO | on behalf of Debtor Maylin Rodriguez michelecapilatolaw@gmail.com perezcapilatolaw@yahoo.com;capilatomr81063@notify.bestcase.com;capilatolaw.assistant@gmail.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 4

Form 155 (2/24)

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>   Maylin Rodriguez<br><br>   Debtor(s). | Case No. 24−10346−amc<br><br>Chapter: 13 |

## ORDER CONFIRMING PLAN UNDER CHAPTER 13

**AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

**A.** a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

**B.** the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

**C.** any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**.

Date: August 21, 2024

For The Court

Ashely M. Chan
Chief Judge, United States Bankruptcy Court