Case 24-10346-amc   Doc 25   Filed 08/28/24   Entered 08/28/24 15:23:58   Desc Main
Document   Page 1 of 2

Office Mailing Address:
Scott F. Waterman, Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA  19606

Send Payments **ONLY** to:
Scott F. Waterman, Trustee
P.O. Box 680
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2023 to 07/31/2024
**Chapter 13 Case No. 24-10346-AMC**

Maylin Rodriguez
1544 E. Lycoming Street
Philadelphia  PA   19124

Petition Filed Date: 02/02/2024
341 Hearing Date: 05/03/2024
Confirmation Date:

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 03/22/2024 | $368.00 | | 04/22/2024 | $368.00 | | 05/22/2024 | $368.00 | |
| 06/25/2024 | $368.00 | | 07/22/2024 | $368.00 | | | | |

**Total Receipts for the Period: $1,840.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $2,208.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | MICHELE PEREZ CAPILATO ESQ | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 1 | AMERICAN HONDA FINANCE CORP »» 001 | Secured Creditors | $14,366.99 | $0.00 | $0.00 |
| 2 | DISCOVER BANK »» 002 | Unsecured Creditors | $3,083.75 | $0.00 | $0.00 |
| 3 | ABSOLUTE RESOLUTIONS INVESTMENTS LLC »» 003 | Unsecured Creditors | $1,046.40 | $0.00 | $0.00 |
| 4 | CAPITAL ONE BANK (USA) NA »» 004 | Unsecured Creditors | $1,816.73 | $0.00 | $0.00 |
| 5 | MIDLAND CREDIT MANAGEMENT INC »» 005 | Unsecured Creditors | $775.42 | $0.00 | $0.00 |
| 6 | MIDLAND CREDIT MANAGEMENT INC »» 006 | Unsecured Creditors | $389.18 | $0.00 | $0.00 |
| 7 | MIDLAND CREDIT MANAGEMENT INC »» 007 | Unsecured Creditors | $1,302.02 | $0.00 | $0.00 |
| 8 | MIDLAND CREDIT MANAGEMENT INC »» 008 | Unsecured Creditors | $1,065.35 | $0.00 | $0.00 |
| 9 | MIDLAND CREDIT MANAGEMENT INC »» 009 | Unsecured Creditors | $1,441.95 | $0.00 | $0.00 |
| 10 | PLANET HOME LENDING LLC »» 010 | Mortgage Arrears | $4,745.52 | $0.00 | $0.00 |
| 11 | ASHLEY FUNDING SVCS LLC »» 011 | Unsecured Creditors | $100.74 | $0.00 | $0.00 |
| 12 | CITY OF PHILADELPHIA (LD) »» 012 | Secured Creditors | $69.93 | $0.00 | $0.00 |

**Chapter 13 Case No. 24-10346-AMC**

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $2,208.00 | Current Monthly Payment: | $306.65 |
| Paid to Claims: | $0.00 | Arrearages: | ($368.00) |
| Paid to Trustee: | $220.80 | Total Plan Base: | $21,735.76 |
| Funds on Hand: | $1,987.20 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.