Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2024 to 07/31/2025  
**Chapter 13 Case No. 24-10346-AMC**

Maylin Rodriguez  
1544 E. Lycoming Street  
Philadelphia  PA   19124

Petition Filed Date: 02/02/2024  
341 Hearing Date: 05/03/2024  
Confirmation Date: 08/21/2024

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/22/2024 | $368.00 | | 09/23/2024 | $368.00 | | 10/22/2024 | $368.00 | |
| 11/22/2024 | $368.00 | | 12/26/2024 | $368.00 | | 01/23/2025 | $368.00 | |
| 02/25/2025 | $368.00 | | 03/24/2025 | $368.00 | | 04/23/2025 | $368.00 | |
| 05/22/2025 | $368.00 | | 06/24/2025 | $368.00 | | 07/22/2025 | $368.00 | |

**Total Receipts for the Period: $4,416.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $6,624.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | MICHELE PEREZ CAPILATO ESQ | Attorney Fees | $3,725.00 | $3,725.00 | $0.00 |
| 0 | AMERICAN HONDA FINANCE CORP »» 001 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 2 | DISCOVER BANK »» 002 | Unsecured Creditors | $3,083.75 | $0.00 | $3,083.75 |
| 3 | ABSOLUTE RESOLUTIONS INVESTMENTS LLC »» 003 | Unsecured Creditors | $1,046.40 | $0.00 | $1,046.40 |
| 4 | CAPITAL ONE BANK (USA) NA »» 004 | Unsecured Creditors | $1,816.73 | $0.00 | $1,816.73 |
| 5 | MIDLAND CREDIT MANAGEMENT INC »» 005 | Unsecured Creditors | $775.42 | $0.00 | $775.42 |
| 6 | MIDLAND CREDIT MANAGEMENT INC »» 006 | Unsecured Creditors | $389.18 | $0.00 | $389.18 |
| 7 | MIDLAND CREDIT MANAGEMENT INC »» 007 | Unsecured Creditors | $1,302.02 | $0.00 | $1,302.02 |
| 8 | MIDLAND CREDIT MANAGEMENT INC »» 008 | Unsecured Creditors | $1,065.35 | $0.00 | $1,065.35 |
| 9 | MIDLAND CREDIT MANAGEMENT INC »» 009 | Unsecured Creditors | $1,441.95 | $0.00 | $1,441.95 |
| 10 | PLANET HOME LENDING LLC »» 010 | Mortgage Arrears | $4,745.52 | $1,964.77 | $2,780.75 |
| 11 | ASHLEY FUNDING SVCS LLC »» 011 | Unsecured Creditors | $100.74 | $0.00 | $100.74 |
| 12 | CITY OF PHILADELPHIA (LD) »» 012 | Secured Creditors | $69.93 | $18.85 | $51.08 |
| 13 | ARCON CREDIT SOLUTIONS LLC | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 14 | GOLDMAN SACHS BANK USA | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 15 | JEFFERSON CAPITAL | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 16 | MIDLAND CREDIT MANAGEMENT | Unsecured Creditors | $0.00 | $0.00 | $0.00 |

| 17 | MIDLAND CREDIT MANAGEMENT | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 18 | MIDLAND CREDIT MANAGEMENT | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 19 | VALERIE J BOSSARD MD | Unsecured Creditors | $0.00 | $0.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2025:

| | | | |
|---|---|---|---|
| Total Receipts: | $6,624.00 | Current Monthly Payment: | $368.44 |
| Paid to Claims: | $5,708.62 | Arrearages: | ($362.72) |
| Paid to Trustee: | $557.52 | Total Plan Base: | $21,735.76 |
| Funds on Hand: | $357.86 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!**  Visit www.readingch13.com/payments/ for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.