**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE | : | CHAPTER 13 |
| | : | |
| MAYLIN RODRIGUEZ | : | |
| | : | |
| | : | |
| | : | |
| | : | |
| Debtor(s) | : | No.  24-10346 amc |

**ANSWER TO THE MOTION OF PLANET HOME LENDING, LLC FOR RELIEF FROM THE AUTOMATIC STAY**

COMES NOW, Maylin Rodriguez, Debtor and Respondent, through counsel of record, Michele Perez Capilato, Esquire, and submits the following in response to the Motion for Relief from the Automatic Stay filed herein:

1-5.      DENIED. The averments contained in these Paragraphs consist of summarizations or mischaracterizations of documents that speak for themselves, and they are denied as no response is required.

6-8.      DENIED.  Debtor acknowledges temporarily falling behind with post-petition mortgage payments to Movant due to unexpected personal expenses. However, Debtor disputes the total amount of the arrears alleged in the Motion. Debtor is collecting payment receipts and will forward to Counsel. Debtor is desirous of entering into a Stipulation with Movant to cure any remaining arrears and is prepared to make all future payments in a timely manner.

9.      DENIED. Debtor lacks sufficient information or belief to allow Debtor to admit or deny this statement, therefore, it is denied.

10.      DENIED.

11.      DENIED. Debtor can neither admit, nor deny this statement, therefore it is denied.

WHEREFORE, Debtor/Respondent prays that Movant's Motion be DENIED, and that

Debtor/Respondent receive judgment for reasonable costs and attorney fees incurred in

connection with the defense of this Motion.

May 9, 2026                                        Respectfully submitted,

                                        Law Offices of Michele Perez Capilato

                                        By:  /s/ Michele Perez Capilato
                                        Michele Perez Capilato, Esquire
                                        Identification No. 90438
                                        500 Office Center Drive, Suite 400
                                        Fort Washington, PA 19034
                                        (267) 513-1777
                                        Fax 1(866) 535-8160
                                        michelecapilatolaw@gmail.com
                                        Attorney for Debtor(s)