UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| IN RE | : | CHAPTER 13 |
| MAYLIN RODRIGUEZ | : |  |
| Debtor(s) | : | No. 24-10346 amc |

CERTIFICATE OF NO OBJECTION

COMES NOW, Michele Perez Capilato, Esquire, attorney for the above-captioned

Debtor, and hereby certifies that **no objection** to the Motion to Modify Confirmed Plan, served

on June 5, 2026, has been received as of this date.


Dated: July 13, 2026        LAW OFFICES OF MICHELE PEREZ CAPILATO


By: /s/ Michele Perez Capilato
    Michele Perez Capilato, Esquire
    Identification No. 90438
    500 Office Center Drive, Suite 400
    Fort Washington, PA 19034
    michelecapilatolaw@gmail.com
    (267) 513-1777
    Fax 1(866) 535-8160

    Attorney for Debtor(s)