UNITED  STATES  BANKRUPTCY  COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE | : | CHAPTER 13 |
| MAYLIN RODRIGUEZ | : | |
| Debtor(s) | : | No. 24-10346 amc |

**ORDER  GRANTING  MOTION  TO  MODIFY  PLAN**

AND NOW upon consideration of the  Debtor[s'] Motion t o Modify the Confirmed Chapter 13 Plan (doc. # 33   the "Motion");

It is hereby ordered that

1)      The Motion is granted; and

2)      The Modified Plan (doc. #  35  ) is approved.

DATE:  July 16, 2026

_____

Ashely M. Chan
CHIEF U.S. BANKRUPTCY JUDGE