United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                    Case No. 24-10346-amc

Maylin Rodriguez                                                              Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                                  User: admin                                            Page 1 of 1

Date Rcvd: Jul 16, 2026                           Form ID: pdf900                                   Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol          Definition**

+                    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
                      regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 18, 2026:**

**Recip ID                    Recipient Name and Address**
db                      +   Maylin Rodriguez, 1544 E. Lycoming Street, Philadelphia, PA 19124-5368

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 18, 2026                            Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 16, 2026 at the address(es) listed below:**

**Name                              Email Address**

MAGGIE S SOBOLESKI
                        on behalf of Creditor PLANET HOME LENDING  LLC msoboleski@kmllawgroup.com, 3532@notices.nextchapterbk.com

MATTHEW K. FISSEL
                        on behalf of Creditor PLANET HOME LENDING  LLC bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com

MICHELE PEREZ CAPILATO
                        on behalf of Debtor Maylin Rodriguez michelecapilatolaw@gmail.com
                        perezcapilatolaw@yahoo.com;capilatomr81063@notify.bestcase.com;capilatolaw.assistant@gmail.com

SCOTT F. WATERMAN [Chapter 13]
                        ECFMail@ReadingCh13.com

United States Trustee
                        USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 5

<u>UNITED STATES BANKRUPTCY COURT</u>

<u>FOR THE EASTERN DISTRICT OF PENNSYLVANIA</u>

IN RE                                             :        CHAPTER 13

    MAYLIN RODRIGUEZ                      :

Debtor(s)                                     :        No. 24-10346 amc

## **<u>ORDER GRANTING MOTION TO MODIFY PLAN</u>**

AND NOW upon consideration of the Debtor[s'] Motion to Modify the Confirmed Chapter 13 Plan (doc. # 33  the "Motion");

It is hereby ordered that

1)     The Motion is granted; and

2)     The Modified Plan (doc. #  35  ) is approved.

DATE:  July 16, 2026

_____
Ashely M. Chan
CHIEF U.S. BANKRUPTCY JUDGE