Scott F. Waterman, Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

Send Payments **ONLY** to:
Scott F. Waterman, Trustee
P.O. Box 680
Memphis, TN 38101-0680

Maylin Rodriguez
1544 E. Lycoming Street
Philadelphia, PA 19124

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE

## REPORT OF RECEIPTS AND DISBURSEMENTS

Activity for the period from 08/01/2025 to 07/31/2026

**Chapter 13 Case No. 24-10346-AMC**

Petition Filed Date: 02/02/2024
341 Hearing Date: 05/03/2024
Confirmation Date: 08/21/2024

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/22/2025 | $368.00 | | 09/23/2025 | $368.00 | | 10/22/2025 | $368.00 | |
| 12/08/2025 | $368.44 | | 01/09/2026 | $370.00 | | 02/24/2026 | $368.00 | |
| 03/09/2026 | $368.44 | | 03/23/2026 | $368.44 | | 04/20/2026 | $368.44 | |
| 06/05/2026 | $368.44 | | 06/29/2026 | $518.86 | | 07/24/2026 | $260.00 | |

**Total Receipts for the Period: $4,463.06 Amount Refunded to Debtor Since Filing: $0.00 Total Receipts Since Filing: $11,239.06**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

**CLAIMS AND DISTRIBUTIONS**

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | MICHELE PEREZ CAPILATO ESQ | Attorney Fees | $3,725.00 | $3,725.00 | $0.00 |
| 1 | AMERICAN HONDA FINANCE CORP<br>»» 001 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 2 | DISCOVER BANK<br>»» 002 | Unsecured Creditors | $3,083.75 | $71.32 | $3,012.43 |
| 3 | ABSOLUTE RESOLUTIONS INVESTMENTS LLC<br>»» 003 | Unsecured Creditors | $1,046.40 | $24.20 | $1,022.20 |
| 4 | CAPITAL ONE BANK (USA) NA<br>»» 004 | Unsecured Creditors | $1,816.73 | $42.02 | $1,774.71 |
| 5 | MIDLAND CREDIT MANAGEMENT INC<br>»» 005 | Unsecured Creditors | $775.42 | $17.93 | $757.49 |
| 6 | MIDLAND CREDIT MANAGEMENT INC<br>»» 006 | Unsecured Creditors | $389.18 | $0.00 | $389.18 |
| 7 | MIDLAND CREDIT MANAGEMENT INC<br>»» 007 | Unsecured Creditors | $1,302.02 | $30.11 | $1,271.91 |
| 8 | MIDLAND CREDIT MANAGEMENT INC<br>»» 008 | Unsecured Creditors | $1,065.35 | $24.64 | $1,040.71 |
| 9 | MIDLAND CREDIT MANAGEMENT INC<br>»» 009 | Unsecured Creditors | $1,441.95 | $33.35 | $1,408.60 |
| 10 | PLANET HOME LENDING LLC<br>»» 10A | Mortgage Arrears | $4,745.52 | $4,745.52 | $0.00 |
| 11 | ASHLEY FUNDING SVCS LLC<br>»» 011 | Unsecured Creditors | $100.74 | $0.00 | $100.74 |
| 12 | CITY OF PHILADELPHIA (LD)<br>»» 012 | Secured Creditors | $69.93 | $69.93 | $0.00 |

**Chapter 13 Case No. 24-10346-AMC**

| | | | | | |
|---|---|---|---|---|---|
| 13 | ARCON CREDIT SOLUTIONS LLC | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 14 | GOLDMAN SACHS BANK USA | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 15 | JEFFERSON CAPITAL | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 16 | MIDLAND CREDIT MANAGEMENT | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 17 | MIDLAND CREDIT MANAGEMENT | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 18 | MIDLAND CREDIT MANAGEMENT | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 19 | VALERIE J BOSSARD MD | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 20 | PLANET HOME LENDING LLC<br>»» 10B | Mortgage Arrears | $4,105.35 | $698.94 | $3,406.41 |
| 0 | MICHELE PEREZ CAPILATO ESQ | Attorney Fees | $600.00 | $0.00 | $600.00 |

**SUMMARY**

Summary of all receipts and disbursements from date filed through 7/31/2026:

| | | | |
|---|---|---|---|
| Total Receipts: | $11,239.06 | Current Monthly Payment: | $518.86 |
| Paid to Claims: | $9,482.96 | Arrearages: | ($110.72) |
| Paid to Trustee: | $904.79 | Total Plan Base: | $26,694.14 |
| Funds on Hand: | $851.31 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.readingch13.com/payments/ for more information.**
- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.