UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE | : | CHAPTER 13 |
| MAYLIN RODRIGUEZ | : | |
| Debtor(s) | : | No. 24-10346 amc |

**CERTIFICATE OF NO OBJECTION**

_______COMES NOW, Michele Perez Capilato, Esquire, attorney for the above-captioned Debtor(s), and hereby certifies that **no objection** to the Motion for Compensation has been received as of this date, after being served upon interested parties on October 2, 2026.

October 30, 2026

Respectfully Submitted,

/s/Michele Perez Capilato

Michele Perez Capilato, Esquire
Attorney I.D. No. 90438
500 Office Center Drive, Suite 400
Fort Washington, PA 19034
(267) 513-1777
Fax 1(866) 535-8160